UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  'O'

| Case No. | 2:14-cv-06056-CAS(AJWx) | Date | September 14, 2015 |
|---|---|---|---|
| Title | ALINA KORSUNSKA V. JEH JOHNSON | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) - MOTION TO EXTEND DISCOVERY AND MODIFY SCHEDULING ORDER (Filed 08/13/2015)[28]

The Court finds this motion appropriate for decision without oral argument. See Fed. R. Civ. P. 78; C.D. Cal. Local Rule 7-15. Accordingly, the hearing date of September 14, 2015, was vacated, and the matter was hereby taken under submission.

**I.     INTRODUCTION AND BACKGROUND**

Plaintiff, appearing *pro se*, filed this lawsuit on August 1, 2014, alleging that her employer, the Department of Homeland Security, discriminated against her. Dkt. 1. Defendant answered plaintiff's complaint on January 23, 2015. Dkt. 12. On March 16, 2015, the Court entered a scheduling order setting the discovery cutoff for September 14, 2015. Dkt. 16.

On July 13, 2015, plaintiff filed a motion to compel production of certain electronically stored information. Dkt. 17. Magistrate Judge Wistritch denied this motion on August 20, 2015. Dkt. 31. Before Magistrate Judge Wistritch issued his ruling, plaintiff indicated to defendants that she would file another motion to compel discovery regarding allegedly inadequate responses to several of her interrogatories and requests for production of documents. See Dkt. 30. Given the proximity to the September 14 discovery cutoff, however, it appeared that plaintiff would not be able to have her motion heard before the end of discovery. Id. Accordingly, defendant agreed to file an ex parte application to extend discovery until October 14, 2015, for the limited purpose of allowing plaintiff to pursue her motion to compel. Id. The Court granted defendant's application on August 20, 2015. Dkt. 32. Plaintiff has not yet filed her

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | **CIVIL MINUTES - GENERAL** | | 'O' |
|---|---|---|---|
| Case No. | 2:14-cv-06056-CAS(AJWx) | Date | September 14, 2015 |
| Title | ALINA KORSUNSKA V. JEH JOHNSON | | |

motion to compel, but states that she anticipates doing so. Mot. to Extend Discovery, at 2.

On August 13, 2015, plaintiff filed the instant motion requesting an extension of discovery. Dkt. 28. Defendant filed an opposition on September 4, 2015. Dkt. 35. Having considered the parties arguments, the Court finds and concludes as follows.

## II. DISCUSSION

Pursuant to Federal Rule of Civil Procedure 16(b)(4), "a schedule may be modified only for good cause and with the judge's consent." Plaintiff argues that discovery should be extended in this case because defendant has engaged in "discovery abuse." Mot. to Extend Discovery, at 2.

The focus of the instant dispute is plaintiff's request for production of her electronic personnel file ("eOPF"). Opp'n., at 5. Plaintiff has filed three requests for production of this document and each time has insisted that defendant produce the document in electronic format. Id. Defendant has informed plaintiff that it is not possible to produce the eOPF in electronic format, and instead has produced the document in hard copy. Id.

In her previous motion to compel, plaintiff sought an order requiring production of various documents, including the eOPF, in electronic form. Dkt. 17. In denying the motion, Magistrate Judge Wistrich noted, "defendant has used its best efforts and produced what it can." Dkt. 31.

With the assistance of defendant, plaintiff applied to continue discovery for the limited purpose of filing another motion to compel. Dkt. 30. As of this date, she has not filed that motion, and to the extent she is seeking a further extension of discovery she provides no "good cause." Moreover, it appears that an extension would be futile because plaintiff seeks an electronic copy of her eOPF, which does not exist.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**   'O'

| Case No. | 2:14-cv-06056-CAS(AJWx) | Date | September 14, 2015 |
|---|---|---|---|
| Title | ALINA KORSUNSKA V. JEH JOHNSON | | |

Accordingly, it does not appear that further relief is necessary or appropriate, and therefore plaintiff's motion is DENIED.

    IT IS SO ORDERED.

                                                        00 : 00

                                       Initials of Preparer    CMJ