UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  'O'

| Case No. | 2:14-cv-06056-CAS(AJWx) | Date | October 9, 2015 |
|---|---|---|---|
| Title | ALINA KORSUNSKA V. JEH JOHNSON | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

Not Present   Not Present

**Proceedings:**   (IN CHAMBERS) - MOTION FOR REVIEW AND RECONSIDERATION OF MAGISTRATE JUDGE'S ORDER

The Court finds this motion appropriate for decision without oral argument. See Fed. R. Civ. P. 78; C.D. Cal. Local Rule 7-15. Accordingly, the hearing date of October 5, 2015, is vacated, and the matter is hereby taken under submission.

## I.   INTRODUCTION AND BACKGROUND

Plaintiff, appearing *pro se*, filed this lawsuit on August 1, 2014, alleging that her employer, the Department of Homeland Security, discriminated against her. Dkt. 1. On July 13, 2015, plaintiff filed a motion to compel production of certain electronically stored information. Dkt. 17. Specifically, plaintiff sought to compel defendant to produce the electronic version of her personnel file. Id. Magistrate Judge Wistrich denied this motion on August 20, 2015. Dkt. 31. Plaintiff now requests that the Court review and reconsider Magistrate Judge Wistrich's denial of her motion to compel pursuant to Federal Rule of Civil Procedure 72. Dkt. 36.

## II.   LEGAL STANDARD

Pursuant to Federal Rule of Civil Procedure 72(a), a party may file objections to a magistrate judge's non-dispositive order within fourteen days. "The district judge in the case must consider timely objections and modify or set aside any part of the order that is clearly erroneous or is contrary to law." Fed. R. Civ. P. 72(a). The magistrate judge's decision "is entitled to great deference by the district court" United States v. Abonce–Barrera, 257 F.3d 959, 969 (9th Cir. 2001).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**     'O'

| | | | |
|---|---|---|---|
| Case No. | 2:14-cv-06056-CAS(AJWx) | Date | October 9, 2015 |
| Title | ALINA KORSUNSKA V. JEH JOHNSON | | |

## III. ANALYSIS

The focus of the instant dispute is plaintiff's contention that defendant has improperly withheld the electronic version of her personnel file. Dkt. 36, at 3-4. Over the course of this litigation, plaintiff has filed three requests for production of her personnel file in electronic format. See Dkt. 40, at 2. In response to each of these requests, defendant explained to plaintiff that it was not possible to produce her personnel file in electronic format and produced the document in hard copy instead. See id.

In her motion to compel, plaintiff requested the Magistrate Judge Wistrich compel defendant to produce the electronic version of her personnel file. Dkt. 17. After hearing from the parties, Magistrate Judge Wistrich denied plaintiff's motion and stated: "The court is persuaded that defendant has used its best efforts and produced what it can." Dkt. 31.

On August 13, 2015, plaintiff filed a motion requesting an extension of discovery so that she could, yet again, seek production of the electronic version of her personnel file. Dkt. 28. In denying plaintiff's request, the Court stated that "an extension would be futile" because it appears that an electronic copy of plaintiff's personnel file "does not exist." Dkt. 40, at 2.

In short, the record is clear that despite plaintiff's insistence to the contrary, an electronic version of her personnel file does not appear to exist. Accordingly, the Court finds that Magistrate Judge Wistrich's order denying plaintiff's motion to compel was not "clearly erroneous." Plaintiff's motion is therefore DENIED.

IT IS SO ORDERED.

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |