EILEEN M. DECKER
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
BETH MAXWELL STRATTON (Cal. Bar No. 138049)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6828
    Facsimile: (213) 894-7819
    E-mail: Beth.Stratton@usdoj.gov

Attorneys for Defendant JEH JOHNSON
Secretary, U.S. Department of Homeland Security

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| ALINA KORSUNSKA,<br><br>    Plaintiff,<br><br>v.<br><br>JEH JOHNSON, Secretary, U.S. Department of Homeland Security,<br><br>    Defendant. | No. CV 14-6056 CAS (AJWx)<br><br>**JUDGMENT**<br><br>**RE: Defendant Jeh Johnson's Motion for Summary Judgment**<br><br>Hon. Christina A. Snyder<br>U.S. District Judge |

    Defendant Jeh Johnson moved this Court for an order granting summary judgment against Plaintiff Alina Korsunska. Defendant's motion came on for hearing on December 7, 2015, at which time the Court entertained oral argument from both parties.

    Having considered the parties' memoranda of law, the statements of undisputed fact, the supporting declarations and documentary evidence, the oral argument of the parties, the Plaintiff's sur-reply, and all of the pleadings, records, and documents on file in this action,

IT IS HEREBY ORDERED AND ADJUDGED that:

1.  Defendant's Motion for Summary Judgment is GRANTED; and

2. JUDGMENT IS HEREBY ENTERED in this action in favor of Defendant Jeh Johnson and against Plaintiff Alina Korsunska.  Plaintiff shall pay to Defendant costs of suit according to proof.

IT IS SO ORDERED.

DATED:  _December 30, 2015_____

*Christina A. Snyder*

HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE